CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/1/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DEBORAH C., <br><br> *Plaintiff*,[1] <br><br> v. <br><br> ANDREW SAUL, <br> COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> *Defendant*.[2] | CASE NO. 6:18-cv-00079 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on consideration of the parties' cross-motions for summary judgment, Dkts. 12, 14, the Report and Recommendation of United States Magistrate Judge Robert S. Ballou, Dkt. 19 ("R&R"), Plaintiff Deborah C's objections, Dkt. 20, and the Commissioner's response thereto, Dkt. 21. Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), the Court referred this matter to the Magistrate Judge for proposed findings of fact and a recommended disposition. After review of the Record, the R&R, and the Objections, the Objections, Dkt. 20, are **OVERRULED**. Accordingly:

1. The R&R, Dkt. 19, is **ADOPTED** in full;

2. The Commissioner's Motion for Summary Judgment, Dkt. 14, is hereby **GRANTED**;

3. The Plaintiff's Motion for Summary Judgment, Dkt. 12, is hereby **DENIED**;

---

[1] This Court adopts the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.

[2] Andrew M. Saul became Commissioner of Social Security in June 2019. Commissioner Saul is hereby substituted for the former Acting Commissioner, Nancy A. Berryhill, as the named defendant in this action. See 42 U.S.C. § 405(g), Fed. R. Civ. P. 25(d).

4. The Commissioner's final decision is hereby **AFFIRMED**;

5. This case is stricken from the active docket.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a copy of this Order to all counsel of record.

Entered this __1st__ day of June, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE